IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON RESEARCH, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-238 (RGA) |
| | ) |
| WATSON LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Alcon Research, Ltd. ("Alcon") and Defendant Watson Laboratories Inc. ("Watson") hereby stipulate and agree that Alcon's action against Watson and Watson's action against Alcon, including all claims and defenses asserted by Alcon against Watson and all claims and defenses asserted by Watson against Alcon, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Maryellen Noreika (#3208) | 300 Delaware Avenue |
| 1201 North Market Street | Suite 200 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 472-7300 |
| (302) 658-9200 | dgattuso@hegh.law |
| jblumenfeld@mnat.com | |
| mnoreika@mnat.com | *Attorneys for Defendant Watson Laboratories, Inc.* |
| *Attorneys for Plaintiff Alcon Research, Ltd.* | |

February 22, 2018

SO ORDERED this 22 day of Feb, 2018

_____
United States District Judge